UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY ARRINGTON #251318,

    *Petitioner*,

v.    Case No. 2:08-cv-52
    HON. R. ALLAN EDGAR

GREGG MCQUIGGIN,

    *Respondent*.
_____/

## MEMORANDUM AND ORDER

Petitioner Anthony Arrington has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The habeas petition was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation under 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. L Civ R 72.1(d). On April 21, 2008, the Magistrate Judge submitted his report and recommendation that the § 2254 habeas petition be denied and dismissed with prejudice. [Doc. No. 3]. Petitioner has not timely filed any objections to the report and recommendation.

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b). The habeas petition shall be **DENIED** and **DISMISSED WITH PREJUDICE.** For the reasons expressed by the Magistrate Judge in the report and recommendation, a certificate of appealability is **DENIED** under 28 U.S.C. § 2253(c). A separate judgment will enter.

SO ORDERED

Dated: June 19, 2008.


                              */s/ R. Allan Edgar*
                              R. ALLAN EDGAR
                     UNITED STATES DISTRICT JUDGE